**UNITED STATES DISTRICT COURT**   **EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| ARTHUR LEE WOODS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 1:17-CV-30 |
| | § | |
| FEDERAL BUREAU OF PRISONS, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## MEMORANDUM OPINION AND ORDER

Plaintiff, Arthur Lee Woods, a former BOP inmate, proceeding *pro se*, filed the above-referenced *Bivens*-type action against several defendants.[1]

The court referred this matter to the Honorable Keith Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends plaintiff's claims be dismissed for want of prosecution.[2]

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, and pleadings. No objections to the Report and Recommendation have been filed to date.[3]

---

[1]     *See Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics*, 403 U.S. 388 (1971).

[2]     On April 25, 2019, the Magistrate Judge ordered plaintiff to properly effectuate service of a summons and complaint upon each defendant as plaintiff paid the full filing fee (docket entry no. 18). Plaintiff has yet to respond to this Order or file Objections to the Report and Recommendation.

[3]     Plaintiff received a copy of the Report and Recommendation on October 5, 2019 (docket entry no. 20).

**ORDER**

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED**. A Final Judgment will be entered in accordance with the recommendations of the Magistrate Judge.

SIGNED at Beaumont, Texas, this 30th day of December, 2019.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE